## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> BETZAIDA COLON BAEZ <br><br> Debtor(s) <br>--- <br> **Firstbank Puerto Rico** <br><br> Movant <br><br> Vs. <br><br> BETZAIDA COLON BAEZ <br> and JOSE R. CARRION MORALES <br> as DEBTOR(S) TRUSTEE <br><br> Respondent(s) | CASE NO. 11-01438 ESL <br><br> CHAPTER 13 <br><br><br> (X) of acts against property <br> under 11 USC § 362 (d) (1) <br> "CAUSE" |

## CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

I HEREBY CERTIFY that a copy of the Notice on Motion for Relief of Stay Under 11 U.S.C. § 362 filed by secured creditor Firstbank Puerto Rico, was sent on the _____ (within five (5) days after issuance of the notice), by first class mail, to debtor's attorney **Jaime Rodriguez Perez, Esq., PO Box 2477, Vega Baja, 00694**; a copy of the Motion Requesting Relief from the Automatic Stay to debtor's attorney and Trustee by electronically filed using CM/ECF system; and a copy of the Notice on Motion for Relief of Stay Under 11 U.S.C. § 362 and a copy of the motion REQUESTING RELIEF FROM THE AUTOMATIC STAY by certified mail with return receipt requested to debtor **Betzaida Colon Baez, Urb. San Rafael, Buzon Num. 43 Calle San Martin, Arecibo, PR 00612**, pursuant to the provisions of rule 7004(b)(1)(9) of the Federal Rules of Bankruptcy Procedure.

And that copy of this Certification was sent to debtor(s) by first class mail at their address of record and to debtor(s) attorney and Trustee by electronically filed using CM/ECF system.

In San Juan, Puerto Rico on the ___ th day of _____, 2011.

**CARDONA JIMENEZ LAW OFFICES, PSC**
Attorney for Firstbank Puerto Rico
PO Box 9023593
San Juan, PR 00902-3593
Tels: (787) 724-1303, Fax No. (787) 724-1369
E-mail: jf@cardonalaw.com

s/José F. Cardona Jiménez, USDC PR 124504
jf@cardonalaw.com